# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES-GENERAL

Case No. CV 17-8668-AG (PLA)　　　　　　　　　　　　　Date February 16, 2018

**Title:** Douglas Patton v. Nancy A. Berryhill, Acting Commissioner Social Security

---

**PRESENT:** THE HONORABLE　PAUL L. ABRAMS

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**
NONE

**ATTORNEYS PRESENT FOR DEFENDANTS:**
NONE

**PROCEEDINGS:**　　(IN CHAMBERS)

Pursuant to this Court's Order of January 4, 2018, plaintiff was ordered to file a Proof of Service within 30 days of the date of that Order, i.e., by February 5, 2018. To date, the Proof of Service has not been filed with the Court. Accordingly, **no later than February 23, 2018, plaintiff is ordered to show cause** why this case should not be dismissed for failure to prosecute and follow Court orders. Filing of the Proof of Service on or before February 23, 2018, shall be deemed compliance with this Order to Show Cause.

cc:　　Counsel of record

Initials of Deputy Clerk　　ch